FRANK MAYOLE, Appellant, v. B. CRYSTAL & SON, INC., Respondent.—

Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.

METROPOLITAN INVESTORS SERVICE, INC., Appellant, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Executor and Trustee under the Will of EMIL REINEKING, Deceased, Respondents.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

WILLIAM J. MOYER, Individually and as Administrator c. t. a. of the Estate of FLORENCE D. MOYER, Appellant, v. AGNES D. DUNSEITH, Respondent.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur. [180 Misc. 1004.]

PETER F. O'SHAUGHNESSY, as Administrator of the Estate of WILLIAM O'SHAUGHNESSY, Deceased, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

DOLCIZIA PAGANO, Appellant, v. LEO ARNSTEIN, as Commissioner of Welfare of the City of New York Public Welfare District, Respondent.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.